IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| TERESA WILSON, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil No. 3:05-CV-1210-K (BH) |
| | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

# ORDER

After making an independent review of the pleadings, files and records in this case, the Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, and Plaintiff's Motion for Reconsideration and, alternatively, Objections to Magistrate's Recommendation, filed on August 24, 2007, I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and are adopted as the Findings and Conclusions of the Court. Plaintiff's Motion for Reconsideration and, alternatively, Objections to Magistrate's Recommendation, filed on August 24, 2007, are **OVERRULED.**

It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted. Accordingly, Plaintiff's motion for

summary judgment is hereby **DENIED**, and Defendant's motion for summary judgment is hereby **GRANTED.**

SO ORDERED.

Siogned: August 28th, 2007.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE